# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  PATRICIA J. ULDAHL  
       163 HARVEST GLEN DRIVE     SSN-xxx-xx-5214  
       DAVIS JUNCTION, IL  61020

Case Number: 05-76174

Case filed on: 10/12/2005  
Plan Confirmed on: 12/16/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,990.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CAPITAL ONE AUTO FINANCE | 12,859.30 | 0.00 | 8,952.00 | 0.00 |
|  | Total Continue | 12,859.30 | 0.00 | 8,952.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
|  | Total Legal | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
| 014 | HEALTH CARE BILLING SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PATRICIA J. ULDAHL | 0.00 | 0.00 | 485.72 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 485.72 | 0.00 |
| 003 | HEIGHTS FINANCE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | WASHINGTON MUTUAL | 138,789.69 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 138,789.69 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICREDIT | 887.78 | 887.78 | 887.78 | 69.75 |
| 003 | HEIGHTS FINANCE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BP AMOCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 383.75 | 383.75 | 383.75 | 30.15 |
| 008 | CAPITAL ONE | 638.25 | 638.25 | 638.25 | 50.11 |
| 009 | CAPITAL ONE | 362.75 | 362.75 | 362.75 | 28.53 |
| 010 | CAR CREDIT CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | LVNV FUNDING LLC | 980.84 | 980.84 | 980.84 | 77.03 |
| 012 | CONSERV FS INC | 280.66 | 280.66 | 280.66 | 22.15 |
| 013 | DENNIS J COLLINS, DDS, PC & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HEIGHTS FINANCE | 1,567.81 | 1,567.81 | 1,567.81 | 123.13 |
| 016 | MERRICK BANK | 796.00 | 796.00 | 796.00 | 62.51 |
| 017 | ALLIED BUSINESS ACCOUNTS INC | 88.40 | 88.40 | 88.40 | 6.35 |
| 019 | CONSERV FS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 377.21 | 377.21 | 377.21 | 29.73 |
|  | Total Unsecured | 6,363.45 | 6,363.45 | 6,363.45 | 499.44 |
|  | Grand Total: | 159,612.44 | 7,963.45 | 17,401.17 | 499.44 |

Total Paid Claimant:     $17,900.61  
Trustee Allowance:       $1,089.39  
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/30/2007          By   /s/Heather M. Fagan